UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BENJAMIN GREY,

    Plaintiff,

v.                               Case No. 5:19-cv-301-Oc-39PRL

K. LANE,

    Defendant.
_____

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, a federal inmate, initiated this case by filing a document titled "Emergency Complaint" (Doc. 1) and a motion to proceed as a pauper (Doc. 2). Plaintiff asserts he has been misidentified and is, therefore, being unlawfully detained.

This case is due to be dismissed because Plaintiff is a three-strikes litigant under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), and he fails to allege facts demonstrating imminent danger of serious physical injury.[1] As such, he may not proceed as a pauper.

Plaintiff is advised the Court has approved forms for the filing of civil rights cases; habeas corpus cases; and motions to vacate, set aside, or correct a sentence by a person in federal

---

[1] Plaintiff is no stranger to the federal courts. He has been informed numerous times he is a three-strikes litigant, and his cases have been dismissed on that basis. See, e.g., Case Nos. 5:19-cv-221-Oc-39PRL; 5:19-cv-185-Oc-32PRL; 5:19-cv-125-Oc-10PRL; 5:19-cv-8-Oc-10PRL; 5:18-cv-638-Oc-10PRL.

custody.[2] Plaintiff may write to the Clerk to request copies of these forms, if he so chooses.

Accordingly, it is

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The **Clerk** is directed to enter judgment, terminate any pending motions, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2019.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Benjamin Grey

---

[2] The Court notes Plaintiff's filing does not constitute a proper civil rights complaint.

2